**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RUBEN KREHER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:20cv126 |
| | ) | |
| v. | ) | |
| | ) | |
| POLARIS INDUSTRIES, INC., and | ) | |
| SYDENSTRICKER IMPLEMENTS CO. | ) | |
| d/b/a SYDENSTRICKER NOBBE PARTNERS | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO MODIFY SCHEDULING AND DISCOVERY ORDER

Pursuant to Rules 6(b)(1) and 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff Ruben Kreher and Defendants Polaris Industries Inc. and Sydenstricker Implements Co. d//b/a Sydenstricker Nobbe Partners (collectively the "Parties") move to extend all remaining case deadlines in the initial Scheduling and Discovery Order, including the trial date, by approximately ninety (90) days.  A joint proposed scheduling and discovery order is attached as Exhibit A.

On October 20, 2020, the Court entered an Order Adopting Joint Report and Proposed Scheduling and Discovery Order [Doc. 59] setting forth a schedule for discovery and setting trial in this case.  The Parties seek an amended case schedule to account for the obstacles to the case schedule posed by the COVID-19 pandemic and the recent Third Amended Complaint filed by Plaintiff.

According to the schedule, Plaintiff's and Defendants' depositions are to be taken by May 1, 2021.  To date, the parties have exchanged written discovery, documents, authorizations for records, and have conducted at one vehicle inspection, however, Defendants are still in the process of collecting all necessary documents from Plaintiff's medical providers and former employer in

1

14349776 v1

order to schedule Plaintiff's deposition.  Notably, the ongoing pandemic has slowed the parties'

ability to complete discovery and obtain necessary documents and information from third parties.

Additionally, Plaintiff recently filed a Third Amended Complaint that added two new

product liability theories which require further discovery and analysis by the defendants, and

which will likely require a second inspection of the subject vehicle and retention of additional

experts.  The parties believe that an additional ninety days should be sufficient to complete the

remaining fact discovery and to allow defendants the necessary time to work up the new product

liability claims that plaintiff added in February 2021.  The parties have met and conferred and

agreed to this proposed extension.

In light of the above factors, the Parties jointly seek this extension of the remaining case

deadlines, including the trial date, in order to take into account the time needed to complete

depositions and expert discovery, and the time requirements imposed in this Court's Uniform Trial

Practice and Procedures.

WHEREFORE, Plaintiff Ruben Kreher and Defendants Polaris Industries Inc. and

Sydenstricker Implements Co. d//b/a Sydenstricker Nobbe Partners respectfully requests the Court

grant this Joint Motion and modify the October 20, 2020 Order Adopting Joint Report and

Proposed Scheduling and Discovery Order in accordance with the dates provided in Exhibit A.


Dated: March 25, 2021                        Respectfully submitted,

                                             s/ *Scott A. McMillin*
                                             **BENESCH FRIEDLANDER COPLAN & ARONOFF**
                                             **LLP**
                                             Scott A. McMillin
                                             Email:  smcmillin@beneschlaw.com
                                             Sheila M. Prendergast
                                             Email:  sprendergast@beneschlaw.com
                                             71 South Wacker Drive, Suite 1600
                                             Chicago, IL 60606

2

14349776 v1

Telephone: 312-212-4949
Facsimile:  312-767-9192

Barbara A. Lum (*Pro Hac Vice pending*)
Email:  blum@beneschlaw.com
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone:  216-363-4500
Facsimile:  216-363-4588
***Attorneys for Defendant Polaris Industries Inc.***

*s/ Andrew C. Chipperfield (email consent given 3/24/2021)*
**CHILDRESS AHLHEIM CARY LLC**
David T. Ahlheim
Email:  dahlheim@jchildresslaw.com
Andrew C. Chipperfield
Email:  achipperfield@jchildresslaw.com
1010 Market Street, Suite 500
St. Louis, Missouri 63101
Telephone:  314-621-9800
Facsimile:  314-9802
***Attorneys for Defendant Sydenstricker Implements
Co., d/b/a Sydenstricker Nobbe Partners***

*s/ James D. O'Leary (email consent given 3/24/2021)*
**O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON, & QUILLIN, LLC**
James D. O'Leary
Email:  oleary@osclaw.com
1034 S. Brentwood Blvd.
Penthouse 1-A, 23rd Floor
St. Louis, Missouri 63117
Telephone:  314-391-5045
Facsimile:  314-405-9999

**LAW OFFICES OF STEPHEN C. BUSER, LTD.**
Stephen C. Buser
Email:  stephenbuser01@gmail.com
108 Veterans Parkway
Columbia, Illinois 62236
Telephone:  618-281-6336
Facsimile:  618-281-4477
***Attorneys for Plaintiff***

14349776 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2021, a copy of the foregoing JOINT MOTION TO MODIFY SCHEDULING ORDER was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Scott A. McMillin*
Scott A. McMillin

4

14349776 v1