# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUBEN KREHER

    **Plaintiff,**

     **v.**

POLARIS INDUSTRIES, INC., and
SYDENSTRICKER IMPLEMENTS CO.
d/b/a SYDENSTRICKER NOBBE
PARTNERS
    **Defendants.**

**CIVIL NO.** 3:20-CV-126

**CJRA TRACK:** C

**PRESUMPTIVE TRIAL MONTH:** April 2021

**JUDGE:** David W. Dugan

## JOINT PROPOSED SCHEDULING AND DISCOVERY ORDER

Plaintiff Ruben Kreher and Defendants Polaris Industries Inc. and Sydenstricker Implements Co. d//b/a Sydenstricker Nobbe Partners propose the following modified case deadlines:

1.    Plaintiff's deposition shall be taken by <u>August 2, 2021</u>.

2.    Defendants' corporate representative depositions shall be taken by <u>August 2, 2021</u>.

3.    Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

Plaintiff's expert(s): <u>August 23, 2021</u>.

Defendant's expert(s): <u>October 11, 2021</u>.

Plaintiff's rebuttal expert(s): <u>November 8, 2021</u>.

4.    Depositions of expert witnesses must be taken by:

Plaintiff's expert(s): <u>December 10, 2021</u>.

Defendants' expert(s): <u>December 10, 2021</u>.

Plaintiff's rebuttal expert(s): <u>December 10, 2021</u>.

5.    **Discovery** shall be completed by <u>December 10, 2021</u> (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

6.    All **dispositive motions** shall be filed by <u>December 23, 2021</u> (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

DATED:  March 25, 2021