IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUBEN KREHER, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:20-cv-126-DWD |
| ) | |
| v. ) | |
| ) | |
| POLARIS INDUSTRIES, INC., and ) | |
| SYDENSTRICKER IMPLEMENTS CO. ) | |
| d/b/a SYDENSTRICKER NOBBE ) | |
| PARTNERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**DUGAN, District Judge:**

This matter is before the Court on Defendant Polaris Industries Inc.'s ("Polaris") Motion for Good Faith Finding (Doc. 99). The Court held a hearing on the matter on January 12, 2022. Having reviewed the Motion and otherwise being fully advised, the Court makes the following findings and **ORDERS** as follows:

1. Defendant Polaris Industries Inc.'s Motion for Good Faith Finding (Doc. 99) is **GRANTED**.

2. The settlement between Polaris and Plaintiff is in good faith per the Joint Tortfeasor Contribution Act, 740 ILCS 100/2;

3. Pursuant to 740 ILCS 100/2(d), pursuant to the good faith finding made in paragraph 2, and pursuant to the settlement agreement between Polaris and Plaintiff, which is incorporated herein by reference, Polaris and any related entities as identified in the settlement agreement, are discharged from all liability for any contribution to any other tortfeasor, specifically including but

not limited to Sydenstricker Implements Company d/b/a Sydenstricker Nobbe Partners and any and all future counterclaims and third party complaints against Polaris Industries Inc. and any related entities as identified in the settlement agreement are barred;

4. All pending claims against Polaris are **DISMISSED with prejudice** pursuant to the settlement agreement, with the settling parties to bear their own costs; and

5. The case continues as to Sydenstricker Implements Company d/b/a Sydenstricker Nobbe Partners.

**SO ORDERED**.

Dated: January 12, 2022

_____
David W. Dugan
United States District Judge